**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-8161**
_____

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

TREVOR LITTLE, a/k/a Trag, a/k/a Tragedy,

                    Defendant - Appellant.

_____

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston.  Joseph R. Goodwin,
Chief District Judge.  (2:95-cr-00198-2)

_____

Submitted:  March 11, 2009          Decided:  March 26, 2009

_____

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Trevor Little, Appellant Pro Se.  Monica Kaminski Schwartz,
Assistant United States Attorney, Charleston, West Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Trevor Little appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Little, No. 2:95-cr-00198-2 (S.D. W. Va. Sept. 5, 2008); see also United States v. Dunphy, 551 F.3d 247 (4th Cir. 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED